

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Margaret Faye Litchfield, Appellant

No. 06-17-00007-CR     v.

The State of Texas, Appellee

Appeal from the 52nd District Court of Coryell County, Texas (Tr. Ct. No. 15-22720). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to delete the enhancement-allegation finding. As modified, the judgment of the trial court is affirmed.

We further order that the appellant, Margaret Faye Litchfield, pay all costs of this appeal.

RENDERED NOVEMBER 30, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk